# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN LAMONT TRAYLOR, | ) | NO. CV 06-0255 JFW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 11/12/08

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE